UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. STORMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. OFFICE OF THE SECRETARY, DHHS,<br><br>　　　　Defendant. | No. 2:17-cv-0976 MCE AC PS<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, has filed a motion for dismiss. ECF No. 17. In his motion, plaintiff requests the court to "either […] dismiss his case or rule in his favor. Also, and finally, plaintiff washes his hands of this case for health reasons and will not appear before the court or make any more motions in this matter." ECF No. 17 at 1.

No defendant having been been served, the court construes this motion as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to dismiss (ECF No. 17) is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i);
2. All dates pending before the undersigned are VACATED; and

////

1

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: December 21, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE