UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. STORMAN, | No. 2:17-cv-0976 MCE AC PS |
| Plaintiff, | |
| v. | ORDER |
| U.S. OFFICE OF THE SECRETARY, DDHS, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 7, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 21. Plaintiff has filed objections to the findings and recommendations. ECF No. 22.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

1. The findings and recommendations filed February 7, 2018, are adopted in full; and

2. Plaintiff's motion for relief from judgement, ECF No. 19, is denied.

IT IS SO ORDERED.

Dated: February 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE